SNELL & WILMER L.L.P.
Michele Sabo Assayag, Bar No. 109540
massayag@swlaw.com
Joshua K. Partington, Bar No. 275939
jpartington@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Plaintiff,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MIHIR SHAH,<br><br>    DEBTOR.<br>_____<br>BANK OF AMERICA, N.A.,<br><br>    PLAINTIFF,<br><br>    vs.<br><br>MIHIR SHAH,<br><br>    DEFENDANT. | Case No. 1:19-bk-12320-VK<br><br>(Chapter 7 Proceeding)<br><br>Adversary Case No. 1:19-ap-01146-VK<br><br>**STIPULATION RE: DISMISSAL OF ADVERSARY PROCEEDING** |

IT IS HEREBY STIPULATED AND AGREED, by and between creditor Bank of America, N.A. ("Bank" or "Plaintiff"), and Debtor Dr. Mihir Shah ("Debtor" or "Defendant"), as follows:

/ / /

/ / /

/ / /

- 1 -

STIPULATION RE: DISMISSAL OF ADVERSARY PROCEEDING

**RECITALS:**

1. Debtor filed a Chapter 7 bankruptcy petition on September 14, 2019 initiating Bankruptcy Case Number 1:19-bk-12320-VK.

2. Debtor is a principal of M Shah Dental, Inc. (the "Dental Practice"). The Dental Practice also filed a Chapter 7 bankruptcy petition on September 14, 2019 initiating Bankruptcy Case Number 1:19-bk-12322-VK (the "Dental Practice Bankruptcy").

3. On or about December 10, 2019, Bank filed an Adversary Complaint, which initiated the above-captioned adversary proceeding, against the Debtor.

4. Debtor asserts that he has cooperated, in good faith, in connection with the attempted marketing and sale of the Dental Practice by the duly appointed Chapter 7 Trustee in the Dental Practice Bankruptcy.

5. Bank and Debtor, after informal discovery and negotiations and subject to this Court's approval, have decided to resolve the above-referenced adversary proceeding via dismissal, without prejudice, with each party to bear its own fees and costs.

**STIPULATION**

**THEREFORE, Bank and Debtor stipulate, pending approval by the Court, as follows**:

1. The adversary proceeding between Bank and Debtor, entitled Bank of America, N.A. v. Mihir Shah, Adversary No. 1:19-ap-01146-VK ("Adversary Case"), is hereby dismissed, without prejudice.

2. Bank and Debtor shall each bear their own fees and costs associated with the Adversary Case, including and especially any and all attorneys' fees and costs incurred in said Adversary Case.

3. Debtor agrees that he will continue to cooperate, in good faith, in connection with the attempted marketing and sale of the Dental Practice by the duly appointed Chapter 7 Trustee in the Dental Practice Bankruptcy.

STIPULATION RE: DISMISSAL OF ADVERSARY PROCEEDING

4.      This stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which together shall constitute a single instrument. Facsimile or electronic signatures shall have the same force and effect as original signatures.

Dated: January 27, 2020                                  BANK OF AMERICA, N.A.

                                                         By: _____
                                                         JALIBA MILSAP,
                                                         Officer

Dated: January ____, 2020                                By: _____
                                                         MIHIR SHAH

APPROVED AS TO FORM AND CONTENT:

Dated: January 30, 2020                                  SNELL & WILMER L.L.P.

                                                         By: _____
                                                         JOSHUA K. PARTINGTON
                                                         Attorneys for Creditor and Plaintiff,
                                                         Bank of America, N.A.

Dated: January ____, 2020                                LAW OFFICES OF MICHAEL BERGER

                                                         By: _____
                                                         MICHAEL JAY BERGER
                                                         Attorneys for Debtor, Mihir Shah

4.  This stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which together shall constitute a single instrument. Facsimile or electronic signatures shall have the same force and effect as original signatures.

Dated: January ___, 2020                                BANK OF AMERICA, N.A.

By: _____
JALIBA MILSAP,
Officer

Dated: January 29, 2020                                 By: _____
MIHIR SHAH

APPROVED AS TO FORM AND CONTENT:

Dated: January ___, 2020                                SNELL & WILMER L.L.P.

By: _____
JOSHUA K. PARTINGTON
Attorneys for Creditor and Plaintiff,
Bank of America, N.A.

Dated: January 29, 2020                                 LAW OFFICES OF MICHAEL BERGER

By: _____
MICHAEL JAY BERGER
Attorneys for Debtor, Mihir Shah

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689

- 3 -
STIPULATION RE: DISMISSAL OF ADVERSARY PROCEEDING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 Anton Blvd., Suite 1400, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled: **STIPULATION RE: DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- **Joshua K Partington**    efilings@amlegalgroup.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Nancy J Zamora (TR)**    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 30, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria S. Kaufman
U.S.B.C., Central District of California
21041 Burbank Blvd., Suite 354/Ctrm. 301
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2020  ISABEL DELGADO | /s/ Isabel Delgado |
|---|---|
| *Date*         *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE